# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Bolden, Victor A. | **2. Court or Organization**<br><br>United States District Court for the District of Connecticut | **3. Date of Report**<br><br>05/07/2019 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Active | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

915 Lafayette Boulevard
Bridgeport, Connecticut 06604

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | NAACP Legal Defense and Educational Fund, Inc. Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Section of Litigation | January 11, 2018 to January 13, 2018 | Honolulu, Hawaii | Attended the Winter Leadership Meetingq | Lodging, transportation and meals |
| 2. | Federal Bar Council | February 10, 2018 to February 17, 2018 | Charlestown, Nevis | Attended Winter Bench and Bar Conference | Lodging, transportation and meals |
| 3. | ABA Section of Litigation | February 22, 2018 to February 23, 2018 | Phoenix, Arizona | Attended leadership planning meetnig | Lodging, and transportation |
| 4. | ABA Section of Litigation | May 4, 2018 to May 5, 2018 | San Diego, California | Attended the Section of Litigation Annual conference/Spring Leadership meeting | Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolden, Victor A.** | 05/07/2019 |

| 5. | ABA Section of Litigation | September 27, 2018 to September 29, 2018 | Louisville, Kentucky | Attended the Fall Leadership meeting | Lodging, transportation and meals |
|---|---|---|---|---|---|
| 6. | Federal Bar Council | October 19, 2018 to October 21, 2018 | Westbrook, Connecticut | Attneded Fall Bench and Bar Retreat | Lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolden, Victor A.** | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Fairfield College Preparatory School | Tuition Agreement | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | T. Rowe Price International Fund | B | Int./Div. | K | T | | | | | |
| 5. | T. Rowe Price Mid-Cap Value Fund | D | Int./Div. | M | T | Distributed (part) | 12/10/18 | K | | |
| 6. | T. Rowe Price New America Growth Fund | D | Int./Div. | L | T | Distributed (part) | 12/10/18 | K | | |
| 7. | T. Rowe Price New Era Fund | A | Int./Div. | K | T | | | | | |
| 8. | T. Rowe Price New Horizons Fund | E | Int./Div. | M | T | Distributed (part) | 08/31/18 | K | | |
| 9. | | | | | | Distributed (part) | 12/10/18 | K | | |
| 10. | T. Rowe Price Small-Cap Value Fund | C | Int./Div. | K | T | Distributed (part) | 08/31/18 | K | | |
| 11. | Vanguard 500 Index Fund | B | Int./Div. | L | T | | | | | |
| 12. | J. P. Morgan Chase Accounts | A | Int./Div. | J | T | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolden, Victor A.** | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to Section II, my portion of this defined benefit plan remains in the pension plan of the NAACP Legal Defense & Educational Fund, Inc., even though I left the organization's employ in January 2009. Due to my salary while employed there, I have been designated a highly compensated employee, ineligible to rollover the value of my portion of this pension into another retirement account at this time.

With respect to Section VII, during this reporting period, I did the following transactions. First, I had a 403(b) account with T. Rowe Price with the following five accounts: T. Rowe Price International Stock Fund, the T. Rowe Price Mid-CapValue Fund, the T. Rowe Price New America Growth Fund, the T. Rowe Price New Era Fund, and the T. Rowe Price New Horizons Fund. I rolled over all of the funds in these accounts into an IRA and maintained the same five accounts. Second, during the reporting period, I took a partial distribution from theT. Rowe Price New Horizons Fund on August 31, 2018 and partial distributions from the T. Rowe Price New Horizons Fund again on December 10, 2018 as well as from the T. Rowe Price Mid-Cap Value Fund, and the T. Rowe Price New America Growth Fund. Third, I have an IRA consisting entirely of investments in the T. Rowe Price Small-Cap Value Fund. I took a partial distribution from this fund on August 31, 2018.

I also have retirement investments in the Vanguard 500 Index Fund, a Rollover IRA and a Roth IRA. I have not sold or taken any distributions from either of these accounts.

With respoect to Section VII, Column A, for income , when I use the Int./Div. code, I am referring to income from capital gains and dividends together.

With respect to Section VII, Column D, when I refer to distributions, these are the distributions referenced above, which happened on two separate occasions. Because I took two distributions from one of the funds during the 2018 calendar year, the T. Rowe Price New Horizons Fund, I have resturcuted my Financial Disclosure Form for Section VII, Column D for this reporting year in order to provide space for the two distributions in this one fund, moving to a different line the references to the T. Rowe Price Small-Cap Value Fund, the Vanguard Funds, and my J. P. Morgan Chase account. More specifically, reporting for the T. Rowe Price New Horizons Fund now occurs on Lines 8 and 9 of the Financial Disclosure Form, Section VII, with the bulk of the reporting relared to this fund occurring on Line 8, including the disclosue of the first partial distribution on August 31, 2018 and on Line 9, only the disclosure of the second partial distribution on December 10, 2018 is reported. As a result, what had been reported previously on Lines, 9, 10, and 11 (the entries for the T. Rowe Price Small-Cap Value Fund, the Vanguard 500 Index Fund, and my J. P. Morgan Chase account respectively) in the last reporting year is now reported on Lines 10, 11, and 12 (T. Rowe Price Small-Cap Value Fund, the Vanguard 500 Index Fund, and my J. P. Morgan Chase account respectively) in this reporting year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Victor A. Bolden**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544